**Order entered January 3, 2017**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00985-CV

**MINH NGUYEN AND HSIULING NGUYEN, Appellants**

**V.**

**TORINO ENGLISH, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01041-2016**

## ORDER

Before the Court is appellants' December 28, 2016 second motion for an extension of time to file appellants' brief. We **GRANT** appellants' motion.

We **ORDER** appellants to file the brief within **THIRTY DAYS** from the date of this order.

We again caution appellants that any further motions before the Court must comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9, 9.4(k).

/s/     CRAIG STODDART
        JUSTICE